In the Matter of the Accounting of CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee under the Will of ADELE E. FLINT, Deceased, et al., Respondents.

THE NATIONAL IRON BANK et al., as Trustees under a Deed of Trust Executed by WILLIAM H. FLINT et al., Appellants.

(Argued January 14, 1935; decided February 26, 1935.)

*John A. V. Murphy* and *Herbert P. Queal* for appellants.

*John M. Perry, Albert Stickney, William G. Barr* and *Albert B. Maginnes* for Central Hanover Bank and Trust Company, respondent.

*Mervin C. Pollak* as *amicus curiæ.*

Order affirmed, with separate bills of costs to each respondent filing a brief payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.